DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES REICHARD, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0622

_____

May 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Kimberly Kay Fernandez, Judge.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.